*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Donald G. Spiller
    Debtor(s)

Case No: 12–17197–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Objection to
Certification of Default filed by
Nationstar Mortgage LLC d/b/a Champion Mortgage Company

on: 7/28/16

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/13/16

Timothy B. McGrath
Clerk of Court

60 – 59
Form 167