United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald G. Spiller  
    Debtor

Case No. 12-17197-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jul 11, 2016  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.  
12969880        +Generation Mortgage Company,    c/o Dickenson Gilroy, LLC,    3780 Mansell Road, Ste 140, Alpharetta, GA 30022-8299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         BRIAN E. CAINE    on behalf of Creditor    Generation Mortgage Company bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         DAVID B. SPITOFSKY    on behalf of Debtor Donald G. Spiller spitofskybk@verizon.net, spitofskylaw@verizon.net  
         PETER J. ASHCROFT    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                    TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-17197-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald G. Spiller
1313 Ashbourne Road
Elkins Park PA 19027

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/11/2016.

Name and Address of Alleged Transferor(s):

Claim No. 14: Generation Mortgage Company, c/o Dickenson Gilroy, LLC, 3780 Mansell Road, Ste 140, Alpharetta, GA 30022

Name and Address of Transferee:

Nationstar Mortgage LLC D/B/A
Champion Mortgage Company
Attn: Payment Processing
3900 Capital City Blvd.
Lansing, MI 48906

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/13/16

Tim McGrath
**CLERK OF THE COURT**