United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-17197-mdc
Donald G. Spiller                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John            Page 1 of 1             Date Rcvd: Jul 13, 2016
                              Form ID: 167          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
```
db             +Donald G. Spiller,    1313 Ashbourne Road,    Elkins Park, PA 19027-2678
aty            +LEVI WILKES,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
13694433       +Nationstar Mortgage LLC,    DBA Champion Mortgage Company,    c/o LEVI WILKES,
                 6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
13757721       +Nationstar Mortgage LLC D/B/A,    Champion Mortgage Company,    Attn: Payment Processing,
                 3900 Capital City Blvd.,    Lansing, MI 48906-2147
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    Generation Mortgage Company bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              DAVID B. SPITOFSKY    on behalf of Debtor Donald G. Spiller spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              PETER J. ASHCROFT    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
```
                                                                                                                                                  TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Donald G. Spiller
    Debtor(s)

Case No: 12−17197−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's Objection to
Certification of Default filed by
Nationstar Mortgage LLC d/b/a Champion Mortgage Company

on: 7/28/16

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/13/16

Timothy B. McGrath
Clerk of Court

60 − 59
Form 167