IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DONALD G. SPILLER,<br><br>               Debtor,<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, assignee of GENERATION MORTGAGE COMPANY,<br><br>               Movant,<br><br>   v.<br><br>DONALD G. SPILLER,<br>               Debtor, and<br>WILLIAM C. MILLER,<br>               Ch. 13 Trustee,<br><br>               Respondents | Bankruptcy No. 12-17197-mdc<br><br>Chapter 13<br><br>Related to Doc No. 59 |

## RESPONSE TO OBJECTION BY DEBTOR TO CERTIFICATION OF DEFAULT BY NATIONSTAR MORTGAGE LLC

1. On July 8, 2016, a Certification of Default (the "Certification") of Stipulation Resolving Motion for Relief from the Automatic Stay (the "Stipulation") was filed on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company (the "Movant") [*ECF, Doc. 57*].

2. On July 12, 2016, the Debtor filed a one sentence objection to the Certification without any elaboration (the "Debtor's Objection") [*ECF, Doc. 59*].

3. As set forth in the Certification, the Stipulation requires, among other requirements, that if the Debtor fails to keep current on his taxes, Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for the Movant may file a Certification of Default with the Court and

the Court shall enter an Order granting Movant relief from the automatic stay as to the mortgaged property.

4. As further stated in the Certification, the Debtor is not current on the 2015 Cheltenham Township taxes. As of the time of this Response, the Debtor has not cured the Stipulation default.

5. Accordingly, in further support of the Certification, the Movant is entitled to relief from the automatic stay without further hearings because Debtor has failed to comply with the terms of the Stipulation. Movant has fully complied with the terms of the stipulation and the Debtor has been adequately notified of the default.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Nationstar Mortgage LLC

Dated: July 22, 2016