IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 12-17197-mdc |
|---|---|
| DONALD G. SPILLER, | Chapter 13 |
| Debtor, | |
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, assignee of GENERATION MORTGAGE COMPANY, | |
| Movant, | |
| v. | |
| DONALD G. SPILLER, Debtor, and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 28th day of July, 2016, upon consideration of the foregoing Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Nationstar Mortgage LLC d/b/a Champion Mortgage Company, assignee of Generation Mortgage Company in the property located at 1313 Ashbourne Road, Elkins Part, PA 19027.

Hon. Magdeline D. Coleman
United States Bankruptcy Judge