United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-17197-mdc
Donald G. Spiller                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Jul 29, 2016
                              Form ID: pdf900         Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2016.
db            +Donald G. Spiller,    1313 Ashbourne Road,   Elkins Park, PA 19027-2678
aty           +LEVI WILKES,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave. Suite 100,
               Boca Raton, FL 33487-2853
cr            +BANK OF AMERICA, N.A.,    2380 Performance Drive,   Richardson, TX 75082-4333
cr            +Bank of America, N.A.c/o Prober & Raphael, ALC,    20750 Ventura Blvd, Ste 100,
               Woodland Hills, CA 91364-6207
cr            +Generation Mortgage Company,    Parker McCay P.A.,   9000 Midlantice Drive,   Suite 300,
               PO Box 5054,   Mount Laurel, NJ 08054-5054
13694433      +Nationstar Mortgage LLC,    DBA Champion Mortgage Company,   c/o LEVI WILKES,
               6409 Congress Ave. Suite 100,   Boca Raton, FL 33487-2853
13757721      +Nationstar Mortgage LLC D/B/A,    Champion Mortgage Company,   Attn: Payment Processing,
               3900 Capital City Blvd.,   Lansing, MI 48906-2147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 30 2016 01:50:49      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2016 01:49:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2016 01:50:45      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: bknotice@ncmllc.com Jul 30 2016 01:50:33      National Capital Management, LLC,
               8245 Tournament Dr.,   Suite 230,   Memphis, TN 38125-1741
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2016 01:57:06
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                            TOTAL: 5


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          BRIAN E. CAINE    on behalf of Creditor   Generation Mortgage Company bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          DAVID B. SPITOFSKY    on behalf of Debtor Donald G. Spiller spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          PETER J. ASHCROFT    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DONALD G. SPILLER,<br><br>     Debtor,<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, assignee of GENERATION MORTGAGE COMPANY,<br><br>     Movant,<br><br>  v.<br><br>DONALD G. SPILLER,<br>     Debtor, and<br>WILLIAM C. MILLER,<br>     Ch. 13 Trustee,<br><br>     Respondents | Bankruptcy No. 12-17197-mdc<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 28th day of ____July____, 2016, upon consideration of the

foregoing Certification of Default of Stipulation Resolving Motion for Relief from the Automatic

Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay

pursuant to 11 U.S.C. § 362 is granted as to the interest of Nationstar Mortgage LLC d/b/a

Champion Mortgage Company, assignee of Generation Mortgage Company in the property

located at 1313 Ashbourne Road, Elkins Part, PA 19027.

_____
Hon. Magdeline D. Coleman
United States Bankruptcy Judge