```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania

In re:                                                       Case No. 12-17197-mdc
Donald G. Spiller                                            Chapter 13
      Debtor               CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2           Date Rcvd: Aug 12, 2016
                              Form ID: pdf900         Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db             +Donald G. Spiller,   1313 Ashbourne Road,   Elkins Park, PA 19027-2678
aty            +LEVI WILKES,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
cr             +BANK OF AMERICA, N.A.,   2380 Performance Drive,   Richardson, TX 75082-4333
cr             +Bank of America, N.A.c/o Prober & Raphael, ALC,   20750 Ventura Blvd, Ste 100,
                 Woodland Hills, CA 91364-6207
cr             +Generation Mortgage Company,   Parker McCay P.A.,   9000 Midlantice Drive,   Suite 300,
                 PO Box 5054,   Mount Laurel, NJ 08054-5054
12820409      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 982238,   El Paso, TX  79998-2238)
12820410       +Bank of America Home Loans,   7105 Corporate Drive,   Plano, TX 75024-4100
12842225       +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd., Suite 100,   Woodland Hills, CA 91364-6207
12952329       +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
12820411       #+Capital One,   P.O. Box 5253,   Carol Stream, IL 60197-5253
12820412        Capital One Bank USA, N.A.,   P.O. Box 30281,   Salt Lake City, UT  84130-0281
12820413       +Chase Home Finance, LLC,   3415 Vision Drive,   Columbus, OH 43219-6009
12820414       +Chase/Bank One Card Service,   P.O. Box 15298,   Wilmington, DE 19850-5298
12820415       +Citicards CBNA,   701 E. 60th Street N,   Sioux Falls, SD 57104-0432
12820406       +David B. Spitofsky, Esquire,   516 Swede Street,   Norristown, PA 19401-4807
12853035        FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
12820417       +Generation Mortgage Company,   3565 Piedmont Road NE,   Suite 300,   Atlanta, GA 30305-8202
12969880       +Generation Mortgage Company,   c/o Dickenson Gilroy, LLC,   3780 Mansell Road, Ste 140,
                 Alpharetta, GA 30022-8299
12939646       +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7133,   Columbus, OH 43219-6009
12918363        Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13694433       +Nationstar Mortgage LLC,   DBA Champion Mortgage Company,   c/o LEVI WILKES,
                 6409 Congress Ave. Suite 100,   Boca Raton, FL 33487-2853
13757721       +Nationstar Mortgage LLC D/B/A,   Champion Mortgage Company,   Attn: Payment Processing,
                 3900 Capital City Blvd.,   Lansing, MI 48906-2147
12828226       +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
12820419       +PNC Bank,   P.O. Box 3180,   Pittsburgh, PA 15230-3180
12820418       +Parker McCay, P.A.,   9000 Midlantic Drive, Ste. 300,   P.O. Box 5054,
                 Mount Laurel, NJ 08054-5054
12912761        State Farm Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12820420        State Farm Bank,   3 State Farm Plaza,   Bloomington, IL  61791-4062
12920617        The Bank of New York Mellon, et al,   c/o Prober & Raphael,   Attornys For Secured Creditor,
                 P.O. Box 4365,   Woodland Hills, CA 91365-4365
13446693       +U.S. Department of Housing and Urban Development,   c/o Novad Management Consulting, LLC,
                 2401 N.W. 23rd Street, Suite 1A1,   Oklahoma City, OK 73107-2448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 13 2016 01:35:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2016 01:34:54
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2016 01:35:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12820416        E-mail/Text: mrdiscen@discover.com Aug 13 2016 01:34:41     Discover Financial Services,
                 P.O. Box 15316,   Wilmington, DE  19850
12836402        E-mail/Text: mrdiscen@discover.com Aug 13 2016 01:34:41     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12820407       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 13 2016 01:35:31     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,   833 Chestnut Street, Suite 500,   Philadelphia, PA 19107-4405
12913903       +E-mail/Text: bknotice@ncmllc.com Aug 13 2016 01:35:40     National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
12940486        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2016 01:41:31
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13024456       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2016 01:42:22
                 PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +National Capital Management, LLC,   8245 Tournament Dr.,   Suite 230,   Memphis, TN 38125-1741
cr*            +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
12820408*      +Donald G. Spiller,   1313 Ashbourne Road,   Elkins Park, PA 19027-2678
12973246*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541)
                                                                                               TOTALS: 0, * 4, ## 0
```

```
District/off: 0313-2          User: John               Page 2 of 2                  Date Rcvd: Aug 12, 2016
                              Form ID: pdf900          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          BRIAN E. CAINE    on behalf of Creditor   Generation Mortgage Company bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          DAVID B. SPITOFSKY    on behalf of Debtor Donald G. Spiller spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          PETER J. ASHCROFT    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD G SPILLER                    Chapter 13

                    Debtor           Bankruptcy No. 12-17197-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___11th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
DONALD G SPILLER

1313 ASHBOURNE ROAD
ELKINS PARK, PA 19027